ANNA RUOCCO, *ET AL.*, PLAINTIFF-PETITIONERS, v. L & S REALTY CO., DEFENDANT-RESPONDENT.

*Mr. Robert H. Muller, Mr. John J. Sheehy* and *Mrs. Marian V. Rooney-Sheehy,* for the petitioners.

*Messrs. Lieberman, Gorrin, Connors & Ironson,* for the respondent.

September 20, 1966. Denied.

PROFESSIONAL SERVICE, INC., PLAINTIFF-RESPONDENT, v. JOHN HERBERT JONES, JR., *ET AL.*, DEFENDANTS, AND BOSTON INSURANCE COMPANY, DEFENDANT-PETITIONER.

*Messrs. Toner, Crowley, Woelper & Vanderbilt, Mr. Herman D. Michels* and *Mr. John L. Kraft,* for the petitioner.

*Messrs. Stavis, Richardson, Koenigsberg & Rossmoore,* for the respondent.

September 20, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN SIVOLELLA, DEFENDANT-PETITIONER.

*Messrs. Citrino, Carella & Balsam,* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger,* for the respondent.

September 20, 1966. Denied.